| | |
|---|---|
| 1 | THIAGO M. COELHO (SBN 324715) |
| 2 | thiago@wilshirelawfirm.com |
|   | JASMINE BEHROOZAN (SBN 325761) |
| 3 | jasmine@wilshirelawfirm.com |
|   | BINYAMIN I. MANOUCHERI (SBN 336468) |
| 4 | WILSHIRE LAW FIRM |
|   | 3055 Wilshire Blvd., 12th Floor |
| 5 | Los Angeles, California 90010 |
|   | Telephone:  (213) 381-9988 |
| 6 | Facsimile:   (213) 381-9989 |
| 7 | Attorneys for Plaintiff, |
|   | DAVID LOAIZA and Proposed Class |

PROSKAUER ROSE LLP
KATE S. GOLD (SBN 156117)
kgold@proskauer.com
MICHELLE L. LAPPEN (SBN 335339)
mlappen@proskauer.com
2029 Century Park East, Ste. 2400
Los Angeles, CA 90067-3010
Telephone:    (310) 557-2900
Facsimile:     (310) 557-2193

Attorneys for Defendant,
PELOTON INTERACTIVE, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID LOAIZA, individually and on behalf of all others similarly situated, | Case No. 2:21-cv-00846-FMO-AGRx (Hon. Fernando M. Olguin) |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| PELOTON INTERACTIVE, INC. d/b/a PELOTON, a Delaware corporation; and DOES 1 to 10, inclusive, | |
| Defendants. | Complaint filed: January 29, 2021 |

TO THIS HONORABLE COURT

Plaintiff David Loaiza and Defendant Peloton Interactive, Inc. (the "Parties") reached a settlement in the above-entitled action. The Parties are completing the written settlement agreement, which will include dismissal of this matter. Accordingly, the parties anticipate that Plaintiff will submit a Request for Dismissal within forty-five (45) days, by September 27, 2021.

Dated: August 13, 2021

THIAGO COELHO
JASMINE BEHROOZAN
BINYAMIN MANOUCHERI

WILSHIRE LAW FIRM

By: /s/ Binyamin I. Manoucheri
    BINYAMIN I. MANOUCHERI
Attorneys for Plaintiff, David Loaiza and Proposed Class

Dated: August 13, 2021

KATE S. GOLD
MICHELLE L. LAPPEN
PROSKAUER ROSE LLP

By: /s/ Kate S. Gold
    KATE S. GOLD
Attorney for Peloton Interactive, Inc.