UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-0846 FMO (AGRx) | Date | September 7, 2021 |
|---|---|---|---|
| Title | David Loaiza v. Peloton Interactive, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**     (In Chambers) Order to Show Cause Re: Imposition of Sanctions

Pursuant to the Court's Order of August 19, 2021 (Dkt. 25), plaintiff was required to file a "Notice Re: Status of Class Allegations" that "set forth the status of the class allegations, and whether they are being dismissed without prejudice" no later than August 25, 2021. (Id. at 1). As of the filing date of this Order, plaintiff has failed to filed the required notice, nor has he provided any excuse for his failure to comply with the Court's Order of August 19, 2021. (See, generally, Dkt.).

Based on the foregoing, IT IS ORDERED THAT:

1. Lead counsel for the parties shall appear on **Thursday, September 23, 2021, at 10:00 a.m.** in Courtroom 6D of the First Street Courthouse to show cause why sanctions should not be imposed for failure to comply with the Court's Order of August 19, 2021 (Dkt. 25).

2. Failure of lead counsel to appear on the date set forth above shall result in the imposition of sanctions including, but not limited to, monetary sanctions and/or the dismissal of the action for lack of prosecution and failure to comply with any applicable rules and/or court orders. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |