JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOAIZA, | Case No. CV 21-0846 FMO (AGRx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| PELOTON INTERACTIVE, INC., et al., | |
| Defendants. | |

The complaint in the above-captioned case contains individual and class allegations. The parties have filed a Notice of Settlement notifying the court that plaintiff has settled his claims with defendant. (See Dkt. 24, Notice of Settlement). Plaintiff has clarified that the settlement is only as to plaintiff's individual claims and that plaintiff will dismiss the class claims without prejudice. (See Dkt. 28, Response to Court Order Regarding Notice of Class Allegations at 1-2).

Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claims and **without prejudice** as to the class claims. Upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated.

Dated this 17th day of September, 2021.

/s/
Fernando M. Olguin
United States District Judge